PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Richard LeBlanca            Cr.: 10-00276-001
                                                                              PACTS #: 57387

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM H. WALLS
                                                      SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/13/2011

Original Offense:    Count One: Conspiracy to Obstruct Interstate Commerce by Armed Robbery, 18
                        U.S.C. § 1951(a)

Original Sentence: 87 months imprisonment, three years supervised release, $541,152.02 restitution, $100 special assessment

Special Conditions: No new debt

Type of Supervision: Supervised Release                 Date Supervision Commenced: 06/27/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy the restitution obligation. |

U.S. Probation Officer Action:

The probation office recommends the offender's case expire as scheduled since the restitution order remains imposed as a final judgment. The offender understands he is to continue payments to the Clerk's Office. The Clerk's Office and the Financial Litigation Unit of the United States Attorney's Office are aware of the offender's expiration of supervised release and his instructions to continue payments.

                                                            Respectfully submitted,

                                                            *Gisella M. Bassolino*/nm

                                                            By:   Gisella M. Bassolino
                                                                U.S. Probation Officer
                                                            Date: 06/06/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other: Allow Supervised Release to Expire as Scheduled (as recommended by the Probation Office)

_____
Signature of Judicial Officer

11 June 2015
_____
Date